Appellate Case: 11-6139 Document: 15 Date Filed: 06/29/2011 Page: 1

United States Court of Appeals
For the Tenth Circuit

2011 JUN 29 AM 10: 58

Jeremiah Jamieson,
v
Justin Jones, Director,

Case No: 11-6139
District/Ag docket: 5:10 CV-01176M

# Motion for Extension Because of Extraordinary Circumstances

I, Jeremiah Jamieson, appearing Pro Se Request this Court for an additional 30 days due to Extraordinary Circumstances and informs the court with the following circumstances.

I recieved Notice to proceed with combined Opening Brief and Certificate of Appeal on 22 June, 2011 dated 16 June, 2011. Accordingly, this left me 30 days to file the combination. After recieving this on 22 June, 2011 I initiated the process which allows me to recieve law library visits from Don Pope Attorney at law. This visit will not take place until 10 to 14 days and material needed and requested will not be recieved for an additional 7 to 10 days. Don Pope is considered my law library; here at Davis Correctional Facility Maximum Security unit we have NO Tangible Law Library and are given a visit only upon request sent through mailing system which will take place approximately within 2 weeks of request. Due to the large amount of requests and is trial preparations we do not always get those visits as fast as [redacted] our due date allows. You will notice for this reason on just about every due date given to me I have had to request additional time for this law library access to take place and adequatly address the issues about to be presented. As a result of the wait on my law library visits I do not know what to do to prepare what is requested by the court. I do, however, start to the best of my understanding but often have to restart due to a mis-understanding on my part, and this is why I request an additional 30 days to file this combination brief.

I am filing this request well in advance of the due date and [redacted] have presented this court with extraordinary circumstances and due to these extraordinary circumstances related to no tangible law library and visit only upon request that take between 10 and 14 days to recieve I request this court for an additional 30 days to file and pray the court grants this request.

Attached is a notarized Affidavit to these extraordinary circumstances.

Thank You and Respectfully Submitted,

#573217 Jeremiah Jamieson
6888 E. 133rd
Holdenville, OK. 74848

I, Jeremiah Jamieson #573217 hereby certify that on __________, 2011 I served a Request for Extention to U.S. Court of Appeals 10th Circuit 1823 Stout Street Denver, Colorado 80257 the last known address by first-class postage prepaid.

State of Oklahoma
County of Hughes

11-6139, Jamieson v Jones
District docket: 5:10-CV-01176M

# Affidavit

I, Jeremiah Jamieson #573217, state under penalty of perjury under the laws of Oklahoma state that the forging statemte is true and correct.

I being incarcerated at Davis Correctional Facility's maximum security unit do not have tangible access to a law library but only visits from Don Pope Attorney at law. This visits take place approximantly every 2 weeks upon request and I then have to wait another 7 to 10 days for the material requested in visit such as case law which apply.

Department of Corrections OP #030115 does state that inmates with verifiable deadlines recieve at a minimum 6 hours of law library a week and I do not recieve 6 hours a week. This puts me at extra ordinary circumstances to prepare for my verifiable deadlines and I need additional time.

Signed this ______ day of ________, 2011 at Davis Correctional Facility Holdenville, Hughes County, State of Oklahoma.

Affiant X: [signature]

Jeremiah Jamieson #573217
6888 E 133rd
Holdenville, OK. 74848

Subscribed and Sworn to me this 24 day of JUNE, 2011

CARLA HOOVER
[signature]
(Notary Public)

CARLA HOOVER NOTARY # 11003473 EXP. 04/15/15 PUBLIC STATE OF OKLAHOMA

my commission expires: 4-15-15

pg 2

Nothing follows